# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17-cv-01468 |
| v. ) | Chief Judge Joy Flowers Conti |
| ) | |
| BETTY FRISON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

And NOW, this 4th day of December, 2018, upon consideration of the parties' cross-motions for summary judgment, filed pursuant to Federal Rule of Civil Procedure 56(a). (ECF Nos. 25, 29) and submissions in support thereof, IT IS HEREBY ORDERED that Davison Design & Development, Inc.'s motion will be DENIED, and Betty Frison's motion will be GRANTED.

BY THE COURT:

*/s/ Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Judge