# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:17-cv-01468<br>) Chief Judge Joy Flowers Conti<br>) |
| BETTY FRISON, | )<br>) |
| Defendant. | ) |

## JUDGMENT

And NOW, this 4th day of December, 2018, judgment is hereby entered in favor of Betty Frison and against Davison Design Development, Inc.

                                          **BY THE COURT:**

                                          */s/ Joy Flowers Conti*
                                          Joy Flowers Conti
                                          Chief United States District Judge