# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) |
| Plaintiff, | ) ) ) ) Civ. Action No. 2:17-cv-01468 |
| v. | ) ) |
| BETTY FRISON, | ) ) ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this 18th day of April, 2019, for the reasons set forth in the accompanying memorandum opinion, the motion for attorneys' fees and costs (ECF No. 53) filed by defendant Betty Frison is **DENIED WITH PREJUDICE** with respect to Frison's request for an award of attorneys' fees and **DENIED WITHOUT PREJUDICE** with respect to her request for costs; and

**IT IS FURTHER ORDERED** that Frison shall submit a bill of costs to the Clerk of Court in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54(B) of the United States District Court for the Western District of Pennsylvania.

**IT IS SO ORDERED.**

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Court Judge